Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 102 (AKH)

LEONARD GAWIN (AND WIFE             Index No.: 07-CV-01619
MIROSLAWA GAWIN),
                                    **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),   **TO MASTER COMPLAINT**

      -against-                     **ELECTRONICALLY FILED**

2 GOLD L.L.C., SUCCESSOR BY MERGER
TO CHICAGO 4, L.L.C., *et al.*,

                    Defendant(s).
--------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 6, 2007

>                    Yours etc.,
>
>                    McGIVNEY & KLUGER, P.C.
>                    Attorneys for Defendant
>                    AMG REALTY PARTNERS, LP
>
>                    By: _____
>                    Richard E. Leff (RL-2123)
>                    80 Broad Street, 23rd Floor
>                    New York, New York 10004
>                    (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel

2