UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SIRE LITIGATION

21 MC 102 (AKH)

------------------------------------------------------------x
LEONARD GAWIN and MIROSLAWA GAWIN

                       Plaintiffs

-against-

TRINITY REAL ESTATE, et al.

                       Defendants.
------------------------------------------------------------x

Index No.: 07 CV 01619

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, I/S/H/A "TRINITY REAL ESTATE".**

I certify that I am admitted to practice in this court.

Dated:      New York, New York
              December 10, 2007

                                LONDON FISCHER LLP

                 By:    _____
                                Gillian Hines Kost (GK-2880)
                                59 Maiden Lane
                                New York, New York 10038
                                Phone: (212) 972-1000
                                Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, I/S/H/A "TRINITY REAL ESTATE".**

K: VGFutterman\WTC-Trinity\Plaintiff\Gawin\Pleadings\Notice of Appearance